UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                    JS-6

| Case No. | CV 18-9690-CBM(FFMx) | Date | MAY 6, 2021 |
|---|---|---|---|

| Title | Glen Barnes v. Edison International et al |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:     IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Plaintiff was given until May 5, 2021 to file an amended complaint. As of today no amended complaint has been filed.

Therefore, this case is dismissed and closed per the Order filed on April 27, 2021 [177]. Counts IV and V are dismissed without prejudice and Counts I, II and III are dismissed with prejudice.

IT IS SO ORDERED.

cc: all parties